UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBBY BURKE,

    Plaintiff,

v.     Case No.: 2:22-cv-590-SPC-NPM

COURTNEY JONES and JON CONNOR,

    Defendants.

                               /

## ORDER

Plaintiff Robby Burke, a detainee at the Florida Civil Commitment Center, filed a *pro se* complaint and a motion to proceed *in forma pauperis* on September 19, 2022. (Docs. 1 and 2). United States Magistrate Judge Nicholas Mizell denied the motion for non-compliance with 28 U.S.C. § 1915, ordered Burke to submit a complete motion to proceed *in forma pauperis* by December 19, 2022, and warned the case could otherwise be dismissed without further notice. Burke did not comply. The Court will therefore dismiss this action without prejudice. *See* M.D. Fla. R. 3.10.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment for Defendants and against Plaintiff, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 27, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   FTMP-1
Copies:   All Parties of Record